IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00094-M
Case No. 5:26-CV-00070-M

ANIVEL PEDRO PUDDY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

This matter comes before the court on the United States' Motion to Unseal Transcript. DE 54. For good cause shown, that Motion is GRANTED. The transcript of the return of the Indictment on March 12, 2024, before the Honorable Robert B. Jones, U.S. Magistrate Judge, is UNSEALED. The United States may make note of the transcript's contents in its response to Petitioner's motion.

SO ORDERED this __15th__ day of June, 2026

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE